UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>   v.<br><br>CARLOS PAEZ-CORTES,<br><br>                Defendant. | Case No.20-mj-71784-MAG-1 (LB)<br><br>Charging District's Case No.<br>CR 20-2590 TUC-JCH (LAB) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear telephonically on **December 30, 2020 at 10:15 AM** before Judge Leslie Bowman in the District of Arizona. The dial-in information for Judge Bowman is:

    **Number: 1-866-390-1828**

    **Access code: 5253300**

The defendant may need an interpreter for this language: Spanish.

    The defendant:   ( ) will retain an attorney.

                          (X) is requesting court-appointed counsel.

    The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: December 15, 2020

_____
LAUREL BEELER
United States Magistrate Judge